ISAAC LOBSITZ, Respondent, *v.* LEFFLER, THIELE & CO., Appellant.

*Lobsitz* v. *Leffler, Thiele & Co.*, 140 App. Div. 14, affirmed.
(Argued October 8, 1912; decided October 29, 1912.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 25, 1910, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover upon an alleged contract for services.

*Charles A. Hitchcock* for appellant.

*William Rubin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ. Not voting: HISCOCK, J.